# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Radiation Stabilization Solutions LLC

                                            Plaintiff,

v.                                                             Case No.: 1:11–cv–07700
                                                               Honorable Sharon Johnson Coleman

Accuray, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 25, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman:Defendants' Motion for Leave to File an Oversized Brief [47] is granted with no appearance necessary on 4/26/2012. The Court reminds counsel that page limitations are in place to ensure that parties are concise and restrict their arguments to the most salient issues.Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.