# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Radiation Stabilization Solutions LLC

                              Plaintiff,

v.                                             Case No.: 1:11−cv−07700
                                            Honorable Sharon Johnson Coleman

Accuray, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 1, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 5/1/2012, regarding Plaintiff's motion for leave to take limited third party discovery of Dr. Leonard Reiffel, inventor of the patent−in−suit. The motion is denied without prejudice. The pending motion to dismiss is taken under advisement. Status hearing set for 6/25/2012 at 09:00 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.