**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RADIATION STABILIZATION SOLUTIONS LLC, ) ) ) *Plaintiff*, ) ) v. ) ) ACCURAY INC. and CANCER ) TREATMENT CENTERS OF AMERICA, ) ) *Defendants*. ) ) | Case No. 11-cv-7700 Judge Sharon Johnson Coleman Magistrate Judge Arlander Keys |

**DEFENDANTS' AGREED MOTION TO RESET DATE OF STATUS HEARING**

Defendants Accuray, Inc. and Cancer Treatment Centers of America, by their undersigned counsel, move this Court to reset the status hearing in this matter from June 25th to June 28, 2012. In support of this Motion, Defendants state as follows:

1. On May 1, 2012, this Court set a status date of June 25, 2012 at 9:00 a.m. in this matter.

2. However, principal counsel for the Defendants, Madison Jellins, is speaking at a professional conference in California on June 25th and 26th and her attendance at the status hearing is necessary in order to advance the progress of the case. As such, Defendants request a short continuance of the status hearing date from June 25th to June 28th.

3. Plaintiff's counsel has indicated that he has no objection to the granting of this Motion.

Wherefore Defendants Accuray, Inc. and Cancer Treatment Centers of America respectfully request that this Court reschedule the status hearing in this matter from June 25th to June 28th and for such other and further relief as this Court deems proper.

Dated:  June 5, 2012            Respectfully submitted,

**ACCURAY, INC. AND CANCER TREATMENT CENTERS OF AMERICA**

By: /s/ Brian W. Norkett
       One of Their Attorneys

OF COUNSEL:
Madison C. Jellins, Esq.
Janice Christensen, Esq.
Anthony J. Patek, Esq.
HelixIP LLP
400 Seaport Court, Suite 105
Redwood City, CA 94063
Phone: (650) 241-0190

OF COUNSEL:
Brian W. Norkett
Bullaro & Carton, P.C.
200 North LaSalle Street,
Suite 2420
Chicago, Illinois 60601
Phone: (312) 831-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2012, I electronically filed **DEFENDANTS' AGREED MOTION TO RESET DATE OF STATUS HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses, and/or have emailed a true and correct copy to:

| | |
|---|---|
| Brian Buss | Danny L. Williams |
| bbuss@wmalaw.com | dwilliams@wmalaw.com |
| | |
| David Morehan | J. Mike Amerson |
| dmorehan@wmalaw.com | mamerson@wmalaw.com |
| | |
| Michael A Benefield | Eric H. Wiemers |
| mbenefield@wmalaw.com | weimers@ryndaksuri.com |
| | |
| James D. Ryndak | Mark K. Suri |
| ryndak@ryndaksuri.com | suri@ryndaksuri.com |

By: /s/ Brian W. Norkett
Bullaro & Carton, P.C.
200 N. LaSalle Street,
Suite 2420
Chicago, IL 60601
Tel: (312) 831-1000
Fax: (312) 831-0647