# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RADIATION STABILIZATION SOLUTIONS LLC, | ) ) ) |
| *Plaintiff*, | ) ) Case No. 11-cv-7700 |
| v. | ) ) Judge Sharon Johnson Coleman |
| ACCURAY INC. and CANCER TREATMENT CENTERS OF AMERICA, | ) ) Magistrate Judge Arlander Keys ) |
| *Defendants*. | ) ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 12, 2012 at 8:45 a.m. or as soon thereafter as counsel may be heard, one of the attorneys for Defendants shall appear before the Honorable Judge Sharon Johnson Coleman in the courtroom usually occupied by her in the United States Courthouse, 219 S. Dearborn, Room 1419, Chicago, Illinois, and present their **AGREED MOTION TO RESET DATE OF STATUS HEARING**.

Dated: June 5, 2012

**ACCURAY, INC. AND CANCER TREATMENT CENTERS OF AMERICA**

By: /s/ Brian W. Norkett
  One of Their Attorneys

OF COUNSEL:
Madison C. Jellins, Esq.
Janice Christensen, Esq.
Anthony J. Patek, Esq.
HelixIP LLP
400 Seaport Court, Suite 105
Redwood City, CA 94063
Phone: (650) 241-0190

OF COUNSEL:
Brian W. Norkett
Bullaro & Carton, P.C.
200 North LaSalle Street,
Suite 2420
Chicago, Illinois 60601
Phone: (312) 831-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2012, I electronically filed **DEFENDANTS' NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses, and/or have emailed a true and correct copy to:

| | |
|---|---|
| Brian Buss | Danny L. Williams |
| bbuss@wmalaw.com | dwilliams@wmalaw.com |
| | |
| David Morehan | J. Mike Amerson |
| dmorehan@wmalaw.com | mamerson@wmalaw.com |
| | |
| Michael A Benefield | Eric H. Wiemers |
| mbenefield@wmalaw.com | weimers@ryndaksuri.com |
| | |
| James D. Ryndak | Mark K. Suri |
| ryndak@ryndaksuri.com | suri@ryndaksuri.com |

By: /s/ Brian W. Norkett
Bullaro & Carton, P.C.
200 N. LaSalle Street,
Suite 2420
Chicago, IL 60601
Tel: (312) 831-1000
Fax: (312) 831-0647