**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Radiation Stabilization Solutions LLC
                                  Plaintiff,

v.                                          Case No.: 1:11–cv–07700
                                          Honorable Sharon Johnson Coleman

Accuray, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 7, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Defendant's motion to reset date of status hearing [57] is granted. Status hearing set for 6/25/2012 is reset to 6/29/2012 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.