**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Radiation Stabilization Solutions LLC
                                        Plaintiff,
v.                                      Case No.: 1:11−cv−07700
                                        Honorable Sharon Johnson Coleman
Accuray, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 18, 2012:

    MINUTE entry before Honorable Sharon Johnson Coleman: Motion Hearing set for 6/29/2012 at 09:30 AM. on defendant's motion to dismiss[35]. At the hearing the parties should specifically address application of the Federal Circuit Court of Appeals' decision in In re Bill of Lading Transmission and Processing System Patent Litigation, from June 7, 2012. Status hearing set to 6/29/2012 is hereby stricken. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.