# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Radiation Stabilization Solutions LLC

                Plaintiff,

v.                                             Case No.: 1:11–cv–07700
                                               Honorable Sharon Johnson Coleman

Accuray, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 29, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 6/29/2012. Defendants' motion to dismiss [35] is taken under advisement. Ruling by mail. New dates, as necessary, will be set forth in the ruling.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.