**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RADIATION STABILIZATION SOLUTIONS LLC, ) ) ) *Plaintiff*, ) ) v. ) ) ACCURAY INC. and CANCER TREATMENT CENTERS OF AMERICA, ) ) ) *Defendants*. ) ) | Case No. 11-cv-7700 Judge Sharon Johnson Coleman Magistrate Judge Arlander Keys |

**MOTION TO WITHDRAW ANTHONY J. PATEK AS COUNSEL FOR DEFENDANTS ACCURAY, INC. AND CANCER TREATMENT CENTERS OF AMERICA**

Defendants Accuray, Inc. and Cancer Treatment Centers of America, pursuant to Local Rule 83.17, request that the Court grant leave for Anthony J. Patek to withdraw as counsel in this matter. Plaintiff and Defendants will not be prejudiced by the Court granting this motion, as Defendants will continue to be represented by Madison Jellins and Janice Christensen of HelixIP LLP, and Brian Norkett of Bullaro and Carton, P.C., attorneys of record in this action.

Dated: July 26, 2012

Respectfully submitted,

**ACCURAY, INC. AND CANCER TREATMENT CENTERS OF AMERICA**

By: /s/ Anthony J. Patek
      One of Their Attorneys

OF COUNSEL:
Madison C. Jellins, Esq.
Janice Christensen, Esq.
Anthony J. Patek, Esq.
HelixIP LLP
400 Seaport Court, Suite 105
Redwood City, CA 94063
Phone: (650) 241-0190

OF COUNSEL:
Brian W. Norkett
Bullaro & Carton, P.C.
200 North LaSalle Street,
Suite 2420
Chicago, Illinois 60601
Phone: (312) 831-1000

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2012, I electronically filed **MOTION TO WITHDRAW ANTHONY J. PATEK AS COUNSEL FOR DEFENDANTS ACCURAY, INC. AND CANCER TREATMENT CENTERS OF AMERICA** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses, and/or have emailed a true and correct copy to:

| | |
|---|---|
| Brian Buss<br>bbuss@wmalaw.com | Danny L. Williams<br>dwilliams@wmalaw.com |
| David Morehan<br>dmorehan@wmalaw.com | J. Mike Amerson<br>mamerson@wmalaw.com |
| Michael A Benefield<br>mbenefield@wmalaw.com | Eric H. Wiemers<br>weimers@ryndaksuri.com |
| James D. Ryndak<br>ryndak@ryndaksuri.com | Mark K. Suri<br>suri@ryndaksuri.com |

By: /s/ Anthony J. Patek
HelixIP LLP
400 Seaport Court, Ste. 105
Redwood City, CA 94063
Tel: (650) 241-0190
Fax: (650) 241-0193