**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Radiation Stabilization Solutions LLC
                Plaintiff,

v.                                  Case No.: 1:11−cv−07700
                                          Honorable Sharon Johnson Coleman

Accuray, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 2, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Defendants' motion for extension of time to 10/22/2012 to answer second amended complaint [69] is granted. Status hearing set for 10/3/2012 is reset to 11/2/2012 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.