**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RADIATION STABILIZATION SOLUTIONS LLC, | § § § |
| Plaintiff, | § Case No. 1:11-CV-7700 § |
| v. | § Judge Sharon Johnson Coleman § |
| ACCURAY, INC., CANCER TREATMENT CENTERS OF AMERICA, and MIDWESTERN REGIONAL MEDICAL CENTER, INC. | § Magistrate Judge Arlander Keys § § § § |
| Defendants. | § |

**JOINT MOTION TO DISMISS DEFENDANT ACCURAY, INCORPORATED, CANCER TREATMENT CENTERS OF AMERICA, INC, AND MIDWESTERN REGIONAL MEDICAL CENTER, INC. WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(2)**

Pursuant to Fed. R. Civ. P. 41(a)(2) and a Settlement and Patent License Agreement having an effective date of November 1, 2012 between Plaintiff Radiation Stabilization Solutions LLC ("RSS") and Defendants Accuray Incorporated, Cancer Treatment Centers of America, Inc., and Midwestern Regional Medical Center, Inc., the parties jointly move for dismissal with prejudice of all claims asserted by and between Plaintiff and Defendants in this case.

Plaintiff and Defendants will all bear their own costs, expenses, and legal fees.

                    Respectfully submitted,

Dated: November 9, 2012

| /s/ Brian Buss | /s/ Madison Jellins |
|---|---|
| Danny L. Williams | Madison C. Jellins |
| J. Mike Amerson | Jellins Christensen LLP |
| Brian Buss | 228 Hamilton Avenue, 3rd Floor |
| David Morehan | Palo Alto, CA 94301 |
| WILLIAMS, MORGAN & AMERSON, P.C. | (650) 241-0190 |
| 10333 Richmond, Suite 1100 | mjellins@jciplaw.com |
| Houston, Texas 77042 | |
| Telephone: (713) 934-7000 | Brian W. Norkett |
| Facsimile: (713) 934-7011 | Bullaro & Carton, P.C. |
| danny@wmalaw.com | 200 N. LaSalle, Ste. 2420 |
| mike@wmalaw.com | Chicago, IL 60601 |
| bbuss@wmalaw.com | (312) 831-1000 |
| dmorehan@wmalaw.com | bnorkett@bullarocarton.com |
| | |
| James D. Ryndak #2435942 | *Attorneys for Defendants Accuray Inc.,* |
| Eric H. Weimers #6205977 | *Cancer Treatment Centers of America, and* |
| Mark K. Suri #6199636 | *Midwestern Regional Medical Center, Inc.* |
| RYNDAK & SURI LLP | |
| 200 W. Madison Street, Suite 2100 | |
| Chicago, IL 60606 | |
| Phone: 312-214-7770 | |
| Fax: 312-214-7715 | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on November 9, 2012, with the Clerk of the Court using the CM/ECF system of the United States District Court for the Northern District of Illinois, Eastern Division, and thereby served upon all parties of record by CM/ECF, including the attorneys of record via the Court's ECF System.

                    /s/ Riny Pieternelle
                    Litigation Paralegal