# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Radiation Stabilization Solutions LLC

                                          Plaintiff,

v.                                                   Case No.: 1:11–cv–07700
                                                    Honorable Sharon Johnson Coleman

Accuray, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Motion hearing held on 11/15/2012. Plaintiff's joint motion to dismiss with prejudice and without costs [75] is granted. Status hearing set to 11/16/2012 is stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.